FILED

APR 2 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Criminal No.** 5:24-cr-9 |
| **v.** | |
| | **Violations:** 21 U.S.C. § 841(a)(1) |
| **ALEXANDER DAVIS, aka "AD,"** | 21 U.S.C. § 841(b)(1)(C) |
| **Defendant.** | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Distribution of Methamphetamine)

On or about September 12, 2023, in Ohio County, in the Northern District of West Virginia, defendant **ALEXANDER DAVIS, aka "AD,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

### *Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offenses, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offenses, including $3,340 in United States currency seized from ALEXANDER DAVIS, aka "AD," on September 25, 2023.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Carly C. Nogay
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney